## j.s.samuels@outlook.com

| | |
|---|---|
| **From:** | Jeanette Samuels <j.s.samuels@outlook.com> on behalf of Jeanette Samuels <sam@chicivilrights.com> |
| **Sent:** | Monday, October 19, 2020 11:50 AM |
| **To:** | FOIA |
| **Cc:** | Civil 1983 Shiller Preyar |
| **Subject:** | FOIA Request |

To Whom It May Concern:

Please consider the following as a FOIA Request made on behalf of Mr. Marquis Jones and respond via email to:

Jeanette "Sam" Samuels
601 South California Avenue
Chicago, Illinois 60612
T: 872.588.8726
E: sam@chicivilrights.com

**Records Sought:**

Any and all records related to the arrest of Marquis Jones that occurred on 22 September 2019. This request includes, but is not limited to: (1) body cam; (2) dash cam; (3) arrest reports; (4) case incident reports; and (5) injury photos.

Additionally, please produce any and all records related to RD# JC444456.

This request is not made for commercial purposes.

Cordially,

___
Jeanette Samuels
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, Illinois 60612
T: 312-226-4590